**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| David M. Deshane, | ) | Case 8:21-cv-00465-BKS |
|     *Plaintiff*, | ) | |
| | ) | Brenda K. Sannes |
| vs. | ) | United States District Judge |
| | ) | |
| Kilolo Kijakazi, | ) | |
| Acting Commissioner of | ) | |
| Social Security | ) | |
|     *Defendant*. | ) | Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the ALJ will provide Plaintiff the opportunity for a new hearing, re-evaluate the medical opinions in the record, re-determine Plaintiff's residual functional capacity, and issue a new decision.

The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | David M. Deshane |
| By Her Attorneys | By His Attorney |
| Carla B. Freedman,<br>United States Attorney | |

| | |
|---|---|
| */s/ Lisa G. Smoller* | */s/ Howard D. Olinsky*[1] |
| Lisa G. Smoller | Howard D. Olinsky |
| Special Assistant United States Attorney | Olinsky Law Group |
| N.D.N.Y. Bar Roll No. 700999 | 250 S. Clinton St., Ste. 210 |
| Social Security Administration | Syracuse, NY 13202 |
| Office of the General Counsel | (315) 701-5780 |
| J.F.K. Federal Building, Room 625 | holinsky@windisability.com |
| Boston, MA 02203 | |
| (617) 565-4279 | |
| Lisa.g.smoller@ssa.gov | |

IT IS SO ORDERED:

_____
Brenda K. Sannes
U.S. District Judge

Dated: April 29, 2022
          Syracuse, NY

---

[1] Signed by Lisa Smoller with Howard Olinsky's permission.